MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
MARK MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARK MARTINEZ,<br>Defendant. | Case Nos. 1:26-mj-00089-EPG<br>**REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE; AND ORDER** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant MARK MARTINEZ hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

The original, signed copy of this waiver is being preserved by the attorney undersigned.

Dated: July 30, 2026

/s/ *Mark Martinez*
MARK MARTINEZ
Defendant

Dated: July 30, 2026

Respectfully submitted,

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Counsel for Mark Martinez

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE