MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
MARK MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARK MARTINEZ,<br>Defendant. | Case No. 1:26-cr-00138-EPG-1<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Judge: Hon. Erica P. Grosjean<br>Date: September 16, 2027<br>Time: 2:00 PM |

Mark Martinez, by and through his attorney of record, Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Calvin Lee, hereby stipulate to and request an order from this Court continuing the preliminary hearing in this matter for approximately 13 months, from August 13, 2026 at 2:00 pm to September 16, 2027, at 2:00 pm.

The parties have agreed to resolve this case by diversionary agreement with a diversion term of one year, within which Mr. Martinez will complete the terms of the agreement, including enrollment and completion of the 52-week domestic violence program, and provide proof of the same to the government. Upon satisfaction of the terms of the diversionary agreement, the government will move to dismiss this matter in the interest of justice. The parties therefore request to continue the preliminary hearing for 13 months, to allow for the diversionary term. The parties will address a modification of the conditions of Mr. Martinez' pretrial release by separate stipulation, after conferring with the pretrial services officer.

Based on the foregoing the parties agree that the ends of justice served by resetting the preliminary hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through September 16, 2027, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
MARK MARTINEZ

ERIC GRANT
United States Attorney

DATED: August 10, 2026

*/s/ Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the preliminary hearing currently set for August 13, 2026 at 2:00 PM be continued to September 16, 2027 at 2:00 PM. Time is excluded up to and including September 16, 2027, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (local code T4).

IT IS SO ORDERED.

Dated: **August 12, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE